THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ARIANA SIGGLIN and GRETA SHIRDON, on their own behalf and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>AUTHENTIC BRANDS GROUP and CATALYST BRANDS LLC,<br><br>     Defendants. | Case No. 2:26-cv-01593-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>[King County Superior Court, Case No. 26-2-11216-9 SEA] |

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiffs Ariana Sigglin and Greta Shirdon, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendants Authentic Brands Group and Catalyst Brands LLC ("Defendants"), together ("the Parties"),by and through their respective counsel of record, hereby stipulate that Defendants' time to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 30 days to June 17, 2026.

Good cause exists for this extension. The action was originally filed in the King County Superior Court, and removed to this Court on Monday, May 11, 2026. Defendants require additional time to evaluate the claims asserted in the Complaint, assess available defenses under the Federal Rules of Civil Procedure, and determine the appropriate responsive pleading.

No scheduling order has been entered, no discovery deadlines are in place, and the case remains in its earliest stages. The extension is the first such request, is for a modest period of 30

STIPULATED MOTION AND PROPOSED ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 1
Case No. 2:26-cv-01593

BALLARD SPAHR LLP
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350

days, and both parties have agreed to the new deadline of June 17, 2026. Granting this extension will promote the efficient resolution of this matter by allowing Defendants to file an informed and complete responsive pleading, thereby reducing the likelihood of unnecessary motion practice.

Dated:  May 15, 2026

Respectfully submitted,

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA #62516
BALLARD SPAHR LLP
71 Stevenson St.
Suite 400
San Francisco, CA 94105

Telephone:  424.204.4400
Email:  brooksm@ballardspahr.com

*Attorney for Defendants Authentic Brands Group and Catalyst Brands LLC*

Dated:  May 15, 2026

*/s/Blythe H. Chandler*
Jennifer Rust Murray, WSBA No. 36983
Blythe H. Chandler, WSBA No. 43387
Eden B. Nordby, WSBA No. 58654
TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
jmurray@terrellmarshall.com
bchandler@terrellmarshall.com
enordby@terrellmarshall.com

E. Michelle Drake, *Pro Hac Vice Forthcoming*
Email: emdrake@bm.net
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, Minnesota 55414
Telephone: (612) 594-5933

Sophia M. Rios, *Pro Hac Vice Forthcoming*
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300

James Hannaway, *Pro Hac Vice Forthcoming*
Email: jhannaway@bergermontague.com
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9740

*Attorneys for the Proposed Class*

**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated this __18th__ day of May, 2026.

_____
The Honorable James L. Robart
U.S. District Court Judge

Presented by:

*/s/ Meegan B. Brooks*
Meegan B. Brooks, WSBA #62516
BALLARD SPAHR LLP
71 Stevenson St.
Suite 400
San Francisco, CA 94105
Telephone:  424.204.4400
Email:  brooksm@ballardspahr.com

*Attorney for Defendants Authentic Brands Group
and Catalyst Brands LLC*

Jennifer Rust Murray
Blythe H. Chandler
Eden B. Nordby
TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
jmurray@terrellmarshall.com
bchandler@terrellmarshall.com
enordby@terrellmarshall.com

E. Michelle Drake, *Pro Hac Vice Forthcoming*
Email: emdrake@bm.net
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, Minnesota 55414
Telephone: (612) 594-5933

Sophia M. Rios, *Pro Hac Vice Forthcoming*
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300

STIPULATED MOTION AND PROPOSED ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 3
Case No. 2:26-cv-01593

James Hannaway, *Pro Hac Vice Forthcoming*
Email: jhannaway@bergermontague.com
BERGER MONTAGUE PC
1001 G Street, NW, Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9740

*Attorneys for the Proposed Class*

STIPULATED MOTION AND ~~PROPOSED~~ ORDER
TO EXTEND TIME TO RESPOND TO
COMPLAINT - 4
Case No. 2:26-cv-01593

**BALLARD SPAHR LLP**
71 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
FAX: 424.204.4350